B 265
(8/96)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 5 - 2007
BY DAVID J. MALAND, CLERK
DEPUTY

# United States Bankruptcy Court

_Northern_ District Of _Illinois_

In re _MarchFIRST, Inc. et al._ )
      Debtor              )
                               )   Case No. _01-24742_
_Andrew J. Maxwell, Trustee_ )
      Plaintiff           )   Chapter _7_
                               )
       v.                    )   **4:07mc56**
_Studio Movie Grill_ )
      Defendant      )   Adv. Proc. No. _03A00225_

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on _12-18-2003_ as it appears in the records of this court, and that:
                                                                                  (date)

[✓] No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                         (date)

[ ] An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
           (name of court)                             (date)

[ ] An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
     (date)

**KENNETH S. GARDNER**

**NOV 1 9 2007**
    Date

Clerk of the Bankruptcy Court

By: _[signature]_
       Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ) Chapter 7
)
marchFIRST, INC., *et al.*, ) Case No. 01-24742
) (Jointly Administered)
Debtors. )
) Honorable John D. Schwartz
_____ )
)
ANDREW J. MAXWELL, Trustee, )
)
Plaintiff, )
)
v. ) Adversary Proceeding No. 03A00225
)
STUDIO MOVIE GRILL )
)
Defendant. )

This is to certify that the within and attached document is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

KENNETH S. GARDNER
CLERK OF COURT
By _____
Deputy Clerk
Dated _____

### DEFAULT JUDGMENT

Attn: BRIAN SHULTZ - OFFICER
4721 WEST PARK BLVD
PLANO, TX 75093

This proceeding coming to be heard on motion of Andrew J. Maxwell, Trustee, pursuant to Rule 7055 Fed.R.Bankr.P. and Rule 55 Fed.R.Civ.P., for Entry of a Default Judgment ("Motion"); it appearing to the Court that proper service of Summons and Complaint has been made upon the defendant herein, STUDIO MOVIE GRILL ("Defendant"); the unsworn declaration under penalty of perjury of Karen L. Singer having been submitted in support of the Motion; the Defendant having failed to appear, answer, or otherwise plead in response to Trustee's complaint, and the time for filing such appearance, answer or other pleading having expired; due notice of the Motion having been given; and the Court being advised in the premises;

**THE COURT FINDS**, as follows:

1. This Court has jurisdiction over this adversary proceeding pursuant to Title 28 U.S.C. §1334, and Fed.R.Bankr.P. 7001 et seq.;
2. This is a core proceeding pursuant to Title 28 U.S.C. §§157(b)(2),(A),(F) and (O) in which this Court is empowered to enter final judgment;
3. Venue is proper in this District pursuant to Title 28 U.S.C. §1409(a);
4. This Court has personal jurisdiction over the Defendant given the Trustee's proper service of the summons and complaint as provided under Federal Rule of Bankruptcy Procedure 7004(b);

5. The Defendant has failed to appear, answer or otherwise plead, and the time for such appearance, answer, or other pleading has expired; and

6. The Defendant is in default within the meaning of Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55; and, it is therefore,

ORDERED, judgment should be and is hereby entered in favor of Andrew J. Maxwell, Trustee, and against the Defendant for the following relief:

A. The transfers sought to be avoided in Trustee's complaint as preferences under §547(b) of the Bankruptcy Code are hereby avoided, and Trustee is entitled to recovery of the transfers pursuant to §550 of the Bankruptcy Code;

B. A monetary judgment is hereby entered in favor of Andrew J. Maxwell, Trustee, and against the Defendant in the amount of $17099.95, plus $150 for the filing fee paid for this proceeding, plus interest at the rate prescribed under Title 28 U.S.C. §1961(a) as in effect as of 9/30/2002 computed through the date all amounts due under this judgment are paid to the Trustee; and

C. This is a final order as to which there is no just reason to delay enforcement or appeal.

Dated: 18 DEC 2003        ENTER: _____
                                 U.S. BANKRUPTCY JUDGE